BEFORE THE THIRD DIVISION, MAY 16, 1939

**No. 41335.**—Protest 847878–G of Marrash Bros. (New York).

Opinion by CLINE, J. It appeared that the merchandise consisted of dried okra in bags which were marked "Made in Turki." This marking was held not sufficient to indicate that Turkey is the country of origin of the goods. The protest was therefore overruled. Abstracts 40108, 39003, and 38802 followed.

**No. 41336.**—Protest 811663–G of Iwata Trading Co., Inc. (San Francisco).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (T. D. 47647) the claim for free entry under paragraph 1703 was sustained.

**No. 41337.**—Protests 803872–G, etc., of Arconti Hardware Co. (El Paso).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of earthenware similar to that the subject of *Arconti Hardware Co.* v. *United States* (T. D. 49573). Certain items were therefore held dutiable at 20 percent under paragraph 210, and earthenware toys were held dutiable at 70 percent under paragraph 1513 as claimed.

**No. 41338.**—Protest 813181–G/10634 of Geo. Borgfeldt Corp. (New Orleans).

Opinion by KEEFE, J. On the record presented the protest was overruled.

BEFORE THE FIRST DIVISION, MAY 17, 1939

**No. 41339.**—Protests 962020–G, etc., of S. Ishimitsu Co. et al. (San Francisco).

Opinion by McCLELLAND, P. J. In accordance with stipulation of counsel and on the authority of *Nozaki* v. *United States* (C. D. 61) the boxes in question were held free of duty as claimed.